AUGUST 30, 1984

No. 83–2103.   IN RE UNITED STATES.   Petition for writ of mandamus dismissed under this Court's Rule 53.